IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-133 |
| | § | (Claim No. C99-27196) |
| | § | |
| GINA TREVINO, | § | |
| | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
FILED

JUL - 5 2000

Michael N. Milby, Clerk of Court

## MOTION TO DISMISS WITHOUT PREJUDICE

To the Honorable United States District Judge Hayden W. Head, Jr.:

COMES NOW, the UNITED STATES OF AMERICA ("USA"), Plaintiff in the above entitled and numbered cause of action, and asks the Court for an Order Dismissing its claims filed against Defendant, Gina Trevino without prejudice, and would respectfully show the Court that all matters in controversy have been compromised and settled.

WHEREFORE, PREMISES CONSIDERED, USA requests that this Court enter an Order Dismissing all claims against Gina Trevino, without prejudice to USA's right to refile same and that all costs of Court and attorney's fees are to be borne by the party or parties incurring same.

Respectfully submitted,

By: _____
M. H. Cersonsky, TBA#04048500,
U.S. Southern Dist. No.: 5082
5065 Westheimer, Ste. 600
Houston, Texas 77056
Tel. (713)840-1492/Fax (713)840-0038
**Attorney for United States of America**

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. C-00-133 |
| | § | (Claim No.C99-27196) |
| GINA TREVINO, | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

ON THIS DAY, came on to be heard Plaintiff's, USA's, Motion to Dismiss claim Against Gina Trevino without Prejudice to USA's right to refile same, and after due consideration, the Court notes that Plaintiff's attorneys announced that all matters in controversy have been compromised and settled, and that said Motion should be GRANTED.

It is therefore, ORDERED, that this case be dismissed without prejudice, with all costs of Court and fees assessed against the party incurring same.

SIGNED _____ , 2000, at Corpus Christi, Texas.

_____
Hayden W. Head, Jr.
United States District Judge