IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 8 2000

Michael N. Milby, Clerk of Court

4.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. C-00-133 |
| | § § | (Claim No C99-27196) |
| GINA TREVINO, | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

ON THIS DAY, came on to be heard Plaintiff's, USA's, Motion to Dismiss claim Against Gina Trevino without Prejudice to USA's right to refile same, and after due consideration, the Court notes that Plaintiff's attorneys announced that all matters in controversy have been compromised and settled, and that said Motion should be GRANTED.

It is therefore, ORDERED, that this case be dismissed without prejudice, with all costs of Court and fees assessed against the party incurring same.

SIGNED _____7-26_____, 2000, at Corpus Christi, Texas.

_____
Judge Janis Graham Jack
United States District Judge